# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 24, 2019

### NO. 03-19-00479-CV

**J. T., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the final decree signed by the trial court on July 12, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree. Therefore, the Court affirms the trial court's final decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.